UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SCOT CRADER<br>and<br>PLAZA GARDEN ON THE LAKE<br>CONDOMINIUM ASSOCIATION<br>C/O SUNWEST PROPERTY<br>MANAGEMENT,<br><br>     Plaintiffs,<br>vs.<br><br>WESTERN HERITAGE INSURANCE<br>COMPANY,<br><br>     Defendant. | Case No. 4:18-cv-00124-SRB<br><br>JURY TRIAL DEMANDED |

**DEFENDANT WESTERN HERITAGE INSURANCE COMPANY'S
DEMAND FOR JURY TRIAL**

Defendant Western Heritage Insurance Company ("Western"), pursuant to this Court's March 2, 2018 Order and Local Rule 38.1, submits its Demand for Jury Trial for all counts in Plaintiffs' First Amended Petition.

WHEREFORE, Western respectfully requests a trial by jury for all counts in the above-captioned cause.

| | |
|---|---|
| Dated: March 15, 2018 | SHOOK HARDY & BACON L.L.P. |
| | Respectfully submitted, |
| | By: /s/ W. Clark Richardson |
| | Douglas S. Beck    MO #49984 |
| | W. Clark Richardson  MO #66948 |
| | 2555 Grand Boulevard |
| | Kansas City, Missouri 64108 |
| | Telephone: (816) 474-6550 |
| | Facsimile: (816) 421-5547 |
| | dbeck@shb.com |
| | wrichardson@shb.com |
| | ATTORNEYS FOR DEFENDANTS |
| | WESTERN HERITAGE INSURANCE |
| | COMPANY |

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 15, 2018, the foregoing was served upon the following counsel of record by U.S. mail and electronic mail:

Troy D. Renkemeyer, MO #47371
Corporate Lakes
6842 W. 121st Court
Overland Park, KS 66209
Phone: (913) 906-9800
Fax: (913) 906-9840
trenkemyer@renkemeyerlawfirm.com
ATTORNEY FOR PLAINTIFFS
SCOT CRADER AND PLAZA GARDEN ON THE LAKE
CONDOMINIUM ASSOCIATION


/s/ W. Clark Richardson
ATTORNEY FOR DEFENDANT
WESTERN HERITAGE INSURANCE COMPANY